Catherine Powell, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

William E. Bruce, Appellant, v. Certigue Mining and Dredging Company, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Herrick C. Allen, Respondent, v. General Accident, Fire and Life Assurance Corporation, Ltd., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Joseph E. Corrigan, Respondent, v. The Bobbs-Merrill Company, a Foreign Corporation, Appellant, Impleaded with Another.—Order affirmed, with ten dollars costs and disbursements, with leave to appellant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Jacob Siegel, Respondent, v. Harry Kovinsky, Appellant.—Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Meyer Ringe, an Infant, etc., Respondent, v. John Beaver, as Receiver of The Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Samuel B. Eckert, Respondent, v. Austro-Americana Steamship Company, Ltd., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling and Smith, JJ.; Dowling, J., dissented, and voted to reverse unless plaintiff consent to reduce recovery to $229.40, with interest and costs.

Harry Klar, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin. Dowling, Smith and Page, JJ.

Teodosio Nole, Respondent, v. Leonard Abate, Appellant.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J. McLaughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of Lillian M. Brown, Respondent, to Vacate and Set Aside a Judgment of this Court in Favor of Lambert Hubbell, Appellant, v. Mary F. Hardy, Judgment Debtor.— Order appealed from modified by providing that the judgment be set aside in so far as it affects any right of the respondent herein under her judgment, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.